DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FILIBERTO RUIZ-ARREGUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. FILIBERTO RUIZ-ARREGUI, *Defendant.* | No. 1:09-cr-00365 AWI<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:  May 17, 2010<br>TIME:  9:00 A.M.<br>JUDGE: Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 10, 2010, **may be continued to May 17, 2010 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and with the intention of conserving time and resources for both parties and the court.  Defense counsel, having just been assigned this case today, is scheduled to be out of town on the currently set status conference date.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

|  |  |  |
|---|---|---|
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 29, 2010 | By: | /s/ Ian L. Garriques<br>IAN L. GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 29, 2010 | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>FILIBERTO RUIZ-ARREGUI |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 29, 2010**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

Ruiz-Arregui
Stipulation and Order                             2