DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FILIBERTO RUIZ-ARREGUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00365 AWI |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE HEARING |
| v. | DATE:    April 19, 2010 |
| FILIBERTO RUIZ-ARREGUI, | TIME:    9:00 A.M. |
| Defendant. | JUDGE:  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the status conference in the above-captioned matter now set for May 17, 2010, **may be**

**advanced to April 19, 2010 at 9:00 A.M.**

This advancement of the court date is at the request of defense counsel to allow the defendant to

address the court regarding his representation as Mr. Ruiz-Arregui has expressed a desire to "fire" his

public defender.

///

///

///

///

///

///

1

2

BENJAMIN B. WAGNER
United States Attorney

DATED: April 15, 2010                    By:    /s/ Ian L. Garriques

3

IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

4

5

DANIEL J. BRODERICK
Federal Defender

6

7

DATED: April 15, 2010                    By:    /s/ Charles J. Lee

CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
FILIBERTO RUIZ-ARREGUI

8

9

10

11

12

13

**O R D E R**

14

15

IT IS SO ORDERED.

16

**Dated:    April 15, 2010**            _____/s/ Anthony W. Ishii_____
CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Advance Status Conference                    2