1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Tel: (559) 497-4000
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) Case No. 1:09-cr-00365 AWI
                                )
12             Plaintiff,       ) STIPULATION TO CONTINUE STATUS
                                ) CONFERENCE; ORDER
13                              )
        v.                      )
14                              ) Date: October 12, 2010
   FILIBERTO RUIZ-ARREGUI,      ) Time: 9:00 a.m.
15                              ) Judge: Hon. Anthony W. Ishii
              Defendant.        )
16 _____)

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that **the**

19 **status conference now set for August 30, 2010, may be continued**

20 **to October 12, 2010, at 9:00 a.m.**

21     The reason for the continuance is to allow time for further

22 case preparation, investigation and plea negotiations.  The

23 parties stipulate and agree that the interests of justice served

24 by granting this continuance outweigh the best interests of the

25 public and the defendant in a speedy trial and that the delay

26 from the continuance shall be excluded from the calculation of

27 ///

28 ///

time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: August 25, 2010					Respectfully submitted,

							BENJAMIN B. WAGNER
							United States Attorney

						By:	/s/ Ian L. Garriques
							IAN L. GARRIQUES
							Assistant U.S. Attorney


Dated: August 25, 2010			By:	/s/ Galatea GeLapp
							GALATEA DELAPP
							Attorney for Defendant


**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:      August 25, 2010          _____
					CHIEF UNITED STATES DISTRICT JUDGE